**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**Baltimore Division**

| | | |
|---|---|---|
| In Re: | } | |
| Kimberly Dawn Bartenfelder, | } | Case No. 25-20691 |
| | } | |
| Debtor. | } | Chapter 13 |
| | } | |

COMES NOW Debtor Kimberly Dawn Bartenfelder, by and through her attorney, William A. Grafton file this Motion to Extend Automatic Stay pursuant to 11 U.S.C. §362(c)(3) and in support thereof state:

1. This Bankruptcy case was initiated on November 13, 2025.

2. The Debtor previously filed bankruptcy case number 25-10765 on January 29, 2025. That case was dismissed on August 21, 2025.

3. The Debtor had no other bankruptcy cases in the preceding one-year period.

4. In her prior case debtor was unrepresented by counsel and had little support from family.

5. Debtor now has obtained counsel, and her mother has pledged to assist with monthly payments until Debtor has firmed up her finances.

6. There has been a substantial change in the financial affairs of the Debtor since the dismissal, and the Debtor believes she can successfully complete a Chapter 13 Plan that repays her current creditors some portion of what they are owed.

WHEREFORE, the Debtor prays this Court grant the Motion to Extend the Automatic Stay as to all creditors after notice and opportunity to be heard, and for all other proper relief.

| | |
|---|---|
| Date: <u>November 25, 2025</u> | <u>/s/ William A. Grafton</u><br>William A. Grafton<br>Grafton Firm, LLC<br>920 Providence Road #100<br>Towson, Maryland 21286<br>(410)870-9315<br>wgrafton@graftonfirm.com |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 25th day of November 2025, the following

persons or entities were served a copy of the Motion to Extend Stay via CM/ECF as listed below:

Brian A. Tucci
ecf@ch13balt.com, btucci13@ecf.epiqsystems.com, trusteemdb41@ecf.epiqsystems.com

Christopher L. Hamlin
chamlin@mhlawyers.com, mevans@mhlawyers.com, chamlin@ecf.inforuptcy.com, hamlin.christopherR92003@notify.bestcase.com, cmartin@mhlawyers.com

Daniel J. Pesachowitz
dpesacho@siwpc.com, rjones@siwpc.com, bkreferrals@siwpc.com, siwbkecf@siwpc.com, siwpc@ecf.courtdrive.com, siwattecf@siwpc.com

Gene Jung
anhsorlans@infoex.com, cfaccount@orlans.com

Janet M. Nesse
jnesse@mhlawyers.com

Randa Azzam
logsecf@logs.com

                                                /s/ William A. Grafton
                                                William A. Grafton