Entered: December 5th, 2025
Signed: December 5th, 2025

**SO ORDERED**



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Baltimore

In re:   Case No.: **25–20691 – NVA**   Chapter: **13**

**Kimberly Dawn Bartenfelder**
Debtor

## ORDER EXTENDING AUTOMATIC STAY
## AS TO ALL CREDITORS

Upon Debtor's Motion to Extend Automatic Stay in this case, after consideration of the testimony presented at an evidentiary hearing thereon, without opposition, and for the reasons stated by the court on the record at the conclusion of the hearing, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the automatic stay under 11 U.S.C. § 362(a) is extended in this case as to all creditors pursuant to 11 U.S.C. § 362(c)(3)(B).

cc:   Debtor – Kimberly Dawn Bartenfelder
      Attorney for Debtor – William A Grafton
      Case Trustee – Rebecca A. Herr
      All Creditors

**End of Order**

37x08a (rev. 02/22/2006) – JoyceYalley