UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| IN RE:<br><br>Kimberly Bartenfelder,<br><br>    Debtor. | Case No. 25-20691<br><br>Chapter 13 |
| Thomas Bartenfelder,<br>    Creditor/Movant,<br><br>  v.<br><br>Kimberly Bartenfelder and<br>Rebecca A. Herr, Chapter 13 Trustee,<br>    Respondent. | |

**OPPOSITION TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO CONTINUE PROSECUTION OF NON-BANKRUPTCY LITIGATION AND FOR IMPOSITION OF ONE YEAR BAR FROM RE-FILING IN THE EVENT DEBTOR'S BANKRUPTCY CASE IS DISMISED**

COMES NOW Debtor, Kimberly Bartenfelder, by and through her attorney, William A. Grafton and Grafton Firm, LLC and file this Opposition to Motion Seeking Relief from Automatic Stay, and states as follows:

1. The Debtor admits paragraphs 1 through 3.

2. The Debtor denies all other allegations in the Motion.

WHEREFORE, the Respondent prays for an Order denying the Motion and for any such other relief as the Court may deem just and proper.

Date: December 9, 2025                                /s/ William A. Grafton
                                                                                  William A. Grafton, Esq.
                                                                                   Grafton Firm, LLC
                                                                                   920 Providence Rd, Ste 100
                                                                                   Towson, MD 21286
                                                                                    (410) 870-9315
                                                                                   wgrafton@graftonfirm.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of December 2025 the following persons or entities were served a copy of the Opposition to Motion for Relief from the Automatic Stay via CM/ECF as listed below:

Rebecca A. Herr
ecf@ch13md.com

Andrew Leonard Spivak
Andrew.spivack@brockandscott.com, wbecf@brockandscott.com

Christine Maggard
Christine.maggard@brockandscott.com

Randa Azzam
logsecf@logs.com

Chrisopher L. Hamlin
chamlin@mhlawyers.com, mevans@mhlawyers.com, chamlin@ecf.inforuptcy.com, hamlin.christopherr92003@notify.bestcase.com, cmartin@mhlawyers.com

AND BY First-Class Mail, Postage-Prepaid to:

Thomas Bartenfelder
c/o McNamee, Hosea, P.A.
Janet M. Nesse, Esq.
Christopher L. Hamlin, Esq.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
*Notice recipient for Movant*

                                                /s/ William A. Grafton
                                                William A. Grafton, Esq.