IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

|   |   |   |
|---|---|---|
| In re: | * | |
| KIMBERLY BARTENFELDER | * | |
| Debtor. | * | Chapter 13 |
| BALDWIN LEGAL GROUP, LLC, | * | Case No.: 25-20691 |
| Movant, | * | |
| v. | * | |
| KIMBERLY BARTENFELDER and REBECCA HERR, TRUSTEE | * | |
| | * | |
| Respondents. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### AFFIDAVIT OF MATTHEW J. McCARTHY
### EXPLAINING IN-PERSON, ANALOG FILING

1. I, Matthew J. McCarthy, attorney at law, represent Baldwin Legal Group, LLC ("BLG"), am over 18 years of age and competent to testify.

2. My client is attempting to collect on an outstanding promissory note, which is part of a settlement on legal fees owed, nearly three years past due, from Kimberly Bartenfelder. I am today filing a motion to the bankruptcy court to reconsider its decision to extend the automatic stay based on evidence that the court did not previously have the opportunity to consider, including my belief that Ms. Bartenfelder is engaging in bankruptcy fraud.

3. Filing before federal courts is not part of my regular practice. I have applied for log-in and filing credentials with ECF, the court's electronic filing system, but have not received these credentials. Accordingly, I am filing this motion in person at the U.S. District Courthouse in Greenbelt, Maryland.

4. I intend to file all later filings through ECF as soon as I am able.

5. I solemnly affirm under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge, information, and belief.

Respectfully submitted,

// S // *Matthew J. McCarthy*
_____
Matthew J. McCarthy (bar no. 30767)